FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

HRONIS, INC.,

    Plaintiff,

    v.

WASHINGTON EXPORT, LLC, JEFFREY LUBLIN, AND JAVIER MUNGUIA,

    Defendants.

NO.  1:25-CV-03053-SAB

**ORDER ENTERING PRELIMINARY INJUNCTION**

Previously, the Court entered a Temporary Restraining Order, ECF No. 6, which restrained Defendants and others from dissipating any assets of Defendant Washington Export and also ordered Defendants to provide an accounting that identified the assets, liabilities, and account receivables of Defendant Washington Export.

Here, good cause exists to issue a preliminary injunction that continues to restrain Defendants and others from dissipating Defendant Washington Export, LLC's assets. Blake Surbey, who has a pending pro hac vice application before this Court, submitted a Declaration. ECF No. 8. Mr. Surbey represents that he has spoken directly with Defendant Jeffrey Lublin on multiple occasions. Mr. Lubin represented he and Washington Export, LLC are not represented by Counsel. Moreover, pursuant to the TRO, Washington Export's bank accounts have been

**ORDER ENTERING PRELIMINARY INJUNCTION** ~ 1

frozen. Mr. Surbey indicates that Mr. Lubin does not oppose the entry of the Preliminary Injunction.

Accordingly, **IT IS ORDERED:**

1. The Court enters the following **Preliminary Injunction**:

    a. Defendants, their customers, agents, officers, subsidiaries, assigns, banking institutions, and related entities shall no alienate, dissipate, pay over or assign any assets of Washington Export, or its subsidiaries or related companies, except for payment to Plaintiff until further Order of this Court or until Defendants pay Plaintiff the sum of $397,007.40 by cashier's check or certified check at which time the Order is dissolved.

    b. In the event Defendants fail to pay Plaintiff the sum of $397,007.40 by cashiers or certified check or wire transfer, Defendants shall comply with the accounting and discovery requirements set forth in the Temporary Restraining Order.

2. The bond is waived.

3. Service of a copy of this Order and the papers upon which it is based, together with the summons and complaint, by Federal Express or other nationally recognized overnight delivery service upon Defendants on or before May 8, 2025, shall be deemed good and sufficient service.

//
//
//
//
//
//
//
//

**ORDER ENTERING PRELIMINARY INJUNCTION ~ 2**

4.  This Order shall remain in place until further Order of this Court.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 6th day of May 2025.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER ENTERING PRELIMINARY INJUNCTION ~ 3**